IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Docket No. 1:16-cv-1975 (EGS) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

Per the Court's Order dated May 19, 2017, Defendant U.S. Department of State is required to file by May 26, 2017, a status report informing the Court of the number of documents processed as of the date of its prior production, and the number of documents produced to Plaintiff American Center for Law and Justice in its most recent production. State's most recent production occurred on June 19, 2017. In light of the documents produced, the parties are currently discussing potential changes to State's production schedule and believe that they are close to agreement.

Accordingly, the parties jointly ask the Court to grant a two-day extension—until June 28, 2017—of the deadline by which State is required to file its status report. Providing such an extension would allow the parties to continue their discussions and submit an update to the Court regarding the result of those discussions in the status report.

Dated:  June 26, 2017                                  Respectfully submitted,

*/s/ Jay Alan Sekulow*                                 BRETT A. SHUMATE
JAY ALAN SEKULOW (D.C. Bar # 496335)   Deputy Assistant Attorney General
*COUNSEL OF RECORD*
STUART J. ROTH (D.C. Bar # 475937)        MARCIA BERMAN

1

COLBY M. MAY (D.C. Bar # 394340)
CRAIG L. PARSHALL*
ABIGAIL A. SOUTHERLAND*
MATTHEW R. CLARK (D.C. Bar # 1028379)
BENJAMIN P. SISNEY (D.C. Bar # 1044721)
THE AMERICAN CENTER FOR LAW
  AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: sekulow@aclj.org
*Counsel for Plaintiff*

Assistant Director, Federal Programs Branch

/s/ *Jason Lee*
JASON LEE (CA Bar No. 298140)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Telephone:  (202) 514-3367
Fax:  (202) 616-8470
Email:  Jason.Lee3@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, DC 20044

Courier Address:
20 Massachusetts Ave., NW Rm. 7107
Washington, DC 20001

*Counsel for Defendant*

---

*Admitted *Pro Hac Vice*.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>  Defendant. | Civil Docket No. 1:16-cv-1975 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time to File Status Report and statement in support, it is hereby **ORDERED** that Defendant U.S. Department of State shall file its June status report by no later than Wednesday, June 28, 2017.

**SO ORDERED**.

_____    _____
Date                                                            EMMET G. SULLIVAN
                                                                      United States District Judge

## **NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

Abigail A. Southerland
American Center for Law and Justice
625 Bakers Bridge Avenue Suite 105-121
Franklin, TN 37067
phone: (615) 599-5572
fax: (615) 599-5189
email: Asoutherland@aclj.Org

Benjamin P. Sisney
American Center for Law and Justice
201 Maryland Avenue, NE
Washington, DC 20002
phone: (202) 384-0259
fax: (202) 546-9309
email: Bsisney@aclj.Org

Colby Mims May
American Center for Law and Justice
201 Maryland Avenue, NE
Washington, DC 20002
phone: (202) 546-8890
fax: (202) 546-9309
email: Cmmay@aclj-Dc.Org

Craig L. Parshall
American Center for Law and Justice
201 Maryland Avenue, NE
Washington, DC 20002
phone: (202) 546-8890
fax: (202) 546-9309
email: Parshallpolicy@gmail.Com

Matthew R. Clark
American Center for Law and Justice
201 Maryland Avenue, NE
Washington, DC 20002
phone: (202) 546-8890
fax: (202) 546-9309
email: Mclark@aclj.Org

Stuart J. Roth

American Center for Law and Justice
201 Maryland Avenue, NE
Washington, DC 20002
phone: (202) 546-8890
fax: (202) 546-9309
email: Stuartroth1@gmail.Com

Jay Alan Sekulow
American Center for Law and Justice
201 Maryland Avenue, NE
Washington, DC 20002
phone: (202) 546-8890
fax: (202) 546-9309
email: Sekulow@aclj.Org

Jason Lee
United States Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW Rm. 7328
Washington, DC 20530
phone: (202) 514-3367
fax: (202) 616-8470
email: Jason.Lee3@usdoj.gov