IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Docket No. 1:16-cv-1975 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders dated January 31, 2018, and February 23, 2018, the parties respectfully submit the following:

1. As noted in the parties' prior Joint Status Report (ECF No. 46), counsel for Plaintiff sent to counsel for State on January 15, 2018, a narrowing of its FOIA request that would condense and/or replace Parts 1 through 4 of the original FOIA request at issue in this case. Plaintiff's narrowed request sought "all records, communication or briefings created, generated, forwarded, transmitted, sent, shared, received by any of the following communicants: Hillary Clinton, Cheryl Mills, Nora Toiv, Huma Abedin, Brock Johnson, Jeffrey David Feltman, or Anne W. Patterson, and which includes any of the key words listed in item number one of Plaintiff's FOIA request (beginning with (a) Gilbert Chagoury and ending with dd) Doug Band)."[1] Those key words are:

---

[1] State has already processed and made publicly available, subject to applicable exemptions, approximately 55,000 pages of emails and other records that former Secretary Clinton provided to State in December 2014. State is also currently processing and making publicly available

1

      a. Gilbert Chagoury;
      b. Chagoury Group;
      c. Grands Moulins du Benin;
      d. Port Harcourt Flour Mills;
      e. Ideal Flour Mills:
      f. Nigerian Eagle Flour Mills;
      g. Niger Delta Flour Mills;
      h. Tin Can Island;
      i. Ragolis Waters;
      j. Glassforce;
      k. Pirotech;
      l. Silhouette Furniture;
      m. Ideal Eagle Hospital;
      n. C & C Construction;
      o. ITB Construction;
      p. Hitech Construction;
      q. Fleetwood Transportation;
      r. Eko Atlantic;
      s. Ocean Parade;
      t. Eko Hotel;
      u. Hotel Presidential;
      v. Courdeau Catering;
      w. The Clinton Foundation (a.k.a. the William J. Clinton Foundation, the Bill, Hillary & Chelsea Clinton Foundation);
      x. The Clinton Global Initiative (CGI);
      y. The Clinton Health Access Initiative (CHAI);
      z. The Clinton Climate Initiative (CCI);
      aa. Alliance for a Healthier Generation;
      bb. The Clinton Economic Opportunity Initiative (CEOI);
      cc. The Clinton Development Initiative (COI); or
      dd. Doug Band.

2. State has completed its initial searches in response to Plaintiff's revised FOIA request and identified approximately 22,000 potentially responsive records, not

---

additional Hillary Clinton-related records provided to State by the FBI in July and August of 2016, which is scheduled to be complete by September of this year. In light of this, the parties agreed on January 24, 2018, that State would exclude former Secretary Clinton as a custodian while searches of the other custodians are conducted. After State's search and production of records from those other custodians are completed, Plaintiff would evaluate whether it still wished for searches of former Secretary Clinton's records to be conducted, and if so, it would narrow the scope of the search significantly by providing a specific time period(s) and key words, and also exclude from the search all documents already made available to the public.

including attachments. Approximately 18,100 of these records were identified based on the Clinton Foundation-related search terms listed at 1(w) through 1(cc) above. Additionally, approximately 8,700 of the records were identified using the search term "Doug Band," with some overlap between these records and those identified using the Clinton Foundation-related search terms.

3. The parties met and conferred regarding this result, and Plaintiff proposed prioritizing the search by beginning with the production of all records, *etc.* forwarded, transmitted, sent, shared or received by two (as opposed to all seven) communicants – Cheryl Mills and Huma Abedin – and which includes any of the search terms listed above.

4. State conducted a revised search using the approximately 22,000 records already identified as potentially responsive, but found that for nearly all of those records, Cheryl Mills or Huma Abedin may be a custodian. Specifically, State identified more than 21,000 records potentially responsive to Plaintiff's narrowed request, not including attachments, with almost all of them identified using the Clinton Foundation-related search terms and the search term "Doug Band."

5. The parties are continuing to meet and confer regarding Plaintiff's request, and as a result, are unable at this time to propose a schedule for proceeding in this matter or provide anticipated dates for release of the documents requested by Plaintiff.

6. The parties do not believe that an *Open America* stay is likely in this case.

7. In light of the parties' ongoing discussions, they cannot yet determine whether a *Vaughn* index will be required in this case. The parties also believe it would be premature at this time to set a briefing schedule for dispositive motions.

8. The parties propose that they file another joint status report in two weeks to update the Court on the results of their discussions.

Dated: March 15, 2018                                  Respectfully submitted,

/s/ *Abigail A. Southerland*                           CHAD A. READLER
ABIGAIL A. SOUTHERLAND                                 Acting Assistant Attorney General
(TN Bar 026608)
JAY ALAN SEKULOW (D.C. Bar # 496335)                   MARCIA BERMAN
STUART J. ROTH (D.C. Bar # 475937)                     Assistant Director, Federal Programs Branch
COLBY M. MAY (D.C. Bar # 394340)
CRAIG L. PARSHALL[*]                                   /s/ *Jason Lee*
MATTHEW R. CLARK (D.C. Bar # 1028379)                  JASON LEE (CA Bar No. 298140)
BENJAMIN P. SISNEY (D.C. Bar # 1044721)                Trial Attorney
THE AMERICAN CENTER FOR LAW                            Federal Programs Branch
   AND JUSTICE                                         U.S. Department of Justice, Civil Division
201 Maryland Avenue, N.E.                              Telephone: (202) 514-3367
Washington, D.C. 20002                                 Fax: (202) 616-8470
Telephone: (202) 546-8890                              Email: Jason.Lee3@usdoj.gov
Facsimile: (202) 546-9309
Email: sekulow@aclj.org                                Mailing Address:
*Counsel for Plaintiff*                                Post Office Box 883
                                                       Washington, DC 20044

                                                       Courier Address:
                                                       20 Massachusetts Ave., NW Rm. 7107
                                                       Washington, DC 20001

                                                       *Counsel for Defendant*

---

[*] Admitted *Pro Hac Vice*.