IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case Action No. 1:16-cv-1975(TNM) ) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) |
| Defendant. | ) |

## DECLARATION OF ABIGAIL A SOUTHERLAND

I, Abigail A. Southerland, declare as follows:

1. I am senior litigation counsel for the law firm American Center for Law and Justice (ACLJ) and counsel for Plaintiff in connection with the above-captioned matter. I have been involved in and am familiar with all phases of this litigation.

2. Plaintiff has issued more than twelve FOIA requests to State within the last two years. *See* FOIA Case Control Nos. F-2016-05079; F-2016-09051; F-2016-08550; F-2016-10421; F-2017-016650; F-2017-00205; F-2017-14187; F-2017-14533; F-2017-16415; F-2017-1881; F-2018-01744; F-2018-00998.

3. On September 27, 2017, Plaintiff filed suit against State for State's failure to respond in a manner and within the timeframe required by FOIA to its FOIA request issued on August 14, 2017, seeking records regarding requests former U.S. Ambassador Samantha Power made to NSA officials or personnel regarding the unmasking of certain individuals. *See* Complaint, *American Center for Law and Justice v. Dep't of State*, Case No. 1:17-cv-1991 (D.D.C. September 27, 2017), ECF 1.

1

4. With regards to its FOIA request, Plaintiff requested expedited processing – a request subsequently denied by State. *Id*. at ¶14, 17.

5. Plaintiff issued a substantially similar FOIA request to the National Security Agency (NSA). Complaint, *American Center for Law and Justice v. NSA*, Case No. 1:17-cv-1425 (ECF 1), *consolidated with ACLJ v. Dep't of State*, Case No. 1:17-cv-1991. Unlike State, the NSA granted Plaintiff's request for expedited processing based on substantially similar regulations governing expedited processing. *Id*. at ¶ 14, 17.

6. On February 19, 2018, Plaintiff filed a lawsuit against State for State's failure to respond in a manner and within the timeframe required by FOIA to its FOIA request issued on October 25, 2017, seeking records concerning approval by the Committee on Foreign Investments in the United States (CFIUS) of the sale of a controlling stake in Uranium One to Rosatom. Complaint, *American Center for Law and Justice v. Dep't of State*, Case No. 1:17-cv-0374 (D.D.C. Feb. 19, 2018), ECF 1.

7. Plaintiff sent this same FOIA request to several other agencies including the Department of Justice (DOJ), the Federal Bureau of Investigation (FBI), and the Department of Treasury. *Id*., at ¶ 17.

8. Plaintiff requested that each agency grant Plaintiff's FOIA expedited processing and every agency receiving Plaintiff's FOIA request[1] - with the exception of State – granted expedited processing based on substantially similar regulations governing expedited processing. *Id*., at ¶¶ 17, 22-29.

---

[1] As indicated in the Answer, Treasury claims it never received Plaintiff's FOIA request, thus a decision on Plaintiff's request for expedited processing has not yet been provided. Answer, *ACLJ v. Dep't of State, et al*., Case No. 17-cv-0372, ECF 12, at ¶ 30.

9. On April 9, 2018, Plaintiff filed suit against State for State's failure to respond in a manner and within the timeframe required by FOIA to its FOIA request issued to State on March 1, 2018, seeking information relating to reports that the Carter Center provides financial support for Hamas and the Popular Front for the Liberation of Palestine (PFLP). Complaint, *American Center for Law and Justice v. Dep't of State*, Case No. 1:18-cv-0798 (D.D.C. April 9, 2018), ECF 1.

10. On April 23, 2018, Plaintiff filed suit against State for State's failure to respond in the manner and timeframe required by FOIA to its FOIA request issued to State on February 5, 2018, seeking records concerning the U.N.'s Relief & Works Agency (UNRWA). Complaint, *American Center for Law and Justice v. Dep't of State*, Case No. 1:18-cv-0944 (D.D.C. April 23, 2018), ECF 1.

11. With regard to every request issued to State – regardless of the time given to Defendant to respond – Defendant failed to notify Plaintiff of its determination and the reasons therefor, within 20 days or anytime thereafter until after Plaintiff filed suit.

12. On January 30, 2018, I contacted State and requested an estimated date for a determination on, and production of responsive documents to, FOIA Request 2017-0205 (now pending more 509 days). On February 7, 2018, State responded and failed to provide a determination, an estimated date of determination and an estimated release date for responsive documents. *See* Pl. Exhibit 3, attached hereto.

13. On April 6, 2018, I again contacted State and requested an estimated date for a determination on and production of responsive documents to Plaintiff's FOIA Request 2017-0205. State again failed to provide any such estimate. *Id.*

14. With regard to all twelve FOIA requests issued by Plaintiff, Defendant did not inform

Plaintiff of any unusual circumstances requiring an extension of the 20-day time period during that time period or anytime thereafter leading up to the filing of the lawsuit.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 29, 2018.

          <u>/s/ Abigail Southerland</u>
          Abigail A. Southerland
          *Counsel* for Plaintiff